**Order entered October 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00833-CV

**TSM DEVELOPMENT, LLC, Appellant**

**V.**

**PLANO ICE HOUSE, LLC, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-05099-2017**

## ORDER

Before the Court is appellant's October 3, 2019 opposed motion to extend time to file its opening brief. We **GRANT** the motion and **ORDER** appellant's opening brief be filed no later than November 4, 2019.

/s/     BILL WHITEHILL
            JUSTICE